Robert P. Burns, #12227
ROBERT P. BURNS, P.A.
2400 N. Woodlawn Blvd., Suite 215
Wichita, Kansas 67220-3956
(316) 613-2500
rburns@rpbconstructionlaw.com

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. DYNAMIC NETWORKS, LLC, a Wyoming Limited Liability Company, Plaintiff, vs. FORTIS NETWORKS, INC., a foreign corporation; and ALLIED WORLD INSURANCE COMPANY, a foreign insurance company, Defendants. | Case No. 6:20-CV-01336 |

### NOTICE OF FILING OF AMENDED EXHIBIT

COMES NOW, Plaintiff Dynamic Networks, LLC, by and its counsel, Robert P. Burns of Robert P. Burns, P.A., and submits the attached revised Exhibit A in place of and in substitute for the original Exhibit A filed with Plaintiff's Complaint in this action.

                                                Respectfully Submitted,

                                                s/ Robert P. Burns
                                                Robert P. Burns, #12227
                                                Robert P. Burns, P.A.
                                                2400 N. Woodlawn Blvd., Suite 215
                                                Wichita, Kansas 67220-3956
                                                (316) 613-2500
                                                rburns@rpbconstructionlaw.com
                                                *Attorneys for Plaintiff*
                                                *United States of America Ex rel.*
                                                *Dynamic Networks, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 2, 2020, a copy of the foregoing NOTICE OF FILING OF AMENDED EXHIBIT was filed via the CM/ECF system, which will send electronic notification of such filing to the attorneys on that system.

                                                s/ Robert P. Burns
                                                Robert P. Burns, #12227
                                                Robert P. Burns, P.A.
                                                2400 N. Woodlawn Blvd., Suite 215
                                                Wichita, Kansas 67220-3956
                                                (316) 613-2500
                                                rburns@rpbconstructionlaw.com
                                                *Attorney for Plaintiff*
                                                *United States of America Ex rel.*
                                                *Dynamic Networks, LLC*

Bond No. S001-6826

| PAYMENT BOND | DATE BOND EXECUTED (Must be same or later than date of contract) | OMB Control Number: 9000-0045 |
|---|---|---|
| (See Instructions on reverse) | June 25, 2018 | Expiration Date: 7/31/2019 |

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 30 minutes to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

**PRINCIPAL** (Legal name and business address)

Fortis Networks, Inc.
4108 E. Air Lane
Phoenix, AZ  85034

**TYPE OF ORGANIZATION** ("X" one)
- [ ] INDIVIDUAL
- [ ] PARTNERSHIP
- [ ] JOINT VENTURE
- [X] CORPORATION
- [ ] OTHER (Specify)

**STATE OF INCORPORATION**: AZ

**SURETY(IES)** (Name(s) and business address(es))

Allied World Insurance Company
199 Water Street
New York, NY  10038

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| 3 | 830 | 294 | 00 |

**CONTRACT DATE**: 6/14/2018

**CONTRACT NUMBER**: W912DQ17D4016
Delivery Order No. W912DQ18F4008

## OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

## CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

## WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

**Fortis Networks, Inc.** — PRINCIPAL

| | 1. (Signature) (Seal) | 2. (Signature) (Seal) | 3. (Seal) | Corporate Seal |
|---|---|---|---|---|
| SIGNATURE(S) | | | | |
| NAME(S) & TITLE(S) (Typed) | 1. Clarence McAllister, President | 2. Sandra Richardson, Witness | 3. | |

**INDIVIDUAL SURETY(IES)**

| | 1. (Seal) | 2. (Seal) |
|---|---|---|
| SIGNATURE(S) | | |
| NAME(S) (Typed) | 1. | 2. |

**CORPORATE SURETY(IES)**

| | SURETY A | | |
|---|---|---|---|
| NAME & ADDRESS | Allied World Insurance Company, 199 Water Street, New York, NY 10038 | STATE OF INCORPORATION: NH | LIABILITY LIMIT: $61,757,000 |
| SIGNATURE(S) | 1. (signed) | 2. (signed) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. Richard V. Dobbs, Jr., Attorney-in-Fact | 2. Catharine Roberts, Witness | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

STANDARD FORM 25A (REV. 8/2016)
Prescribed by GSA-FAR (48 CFR) 53.2228(c)

**EXHIBIT A**

## CORPORATE SURETY(IES) (Continued)

| | | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|---|
| SURETY B | SIGNATURE(S) | 1. | | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | | |
| SURETY C | NAME & ADDRESS | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | | |
| SURETY D | NAME & ADDRESS | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | | |
| SURETY E | NAME & ADDRESS | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | | |
| SURETY F | NAME & ADDRESS | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | | |
| SURETY G | NAME & ADDRESS | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | | 2. | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under 40 USC Chapter 31, Subchapter III, Bonds. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.