IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. DYNAMIC NETWORKS, LLC, a Wyoming Limited Liability Company,<br><br>                    Plaintiff,<br><br>vs.<br><br>FORTIS NETWORKS, INC., a foreign corporation; and ALLIED WORLD INSURANCE COMPANY, a foreign insurance company,<br><br>                    Defendants. | Case No. 6:20-cv-01336 |

### **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Dynamic Networks, LLC, and the Defendants Fortis Networks Inc., and Allied World Insurance Company have reached a settlement disposing of all claims asserted in the above caption matter.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned counsel, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this Action shall be, and is hereby dismissed with prejudice, each party to bear its own costs.

Respectfully submitted,

BAKER STERCHI COWDEN & RICE, L.L.C.


*/s/ James Scott Kreamer*
James Scott Kreamer          KS Bar No. 14374
2400 Pershing Road, Suite 500
Kansas City, MO 64108
(816) 471-2121
Facsimile:     (816) 472-0288
kreamer@bscr-law.com

**ATTORNEY FOR DEFENDANT ALLIED WORLD INSURANCE COMPANY AND FORTIS NETWORKS INC.**


ROBERT P. BURNS, P.A.


*/s/ Robert P. Burns*
Robert P. Burns, SC #12227
2400 N. Woodlawn Blvd., Suite 215
Wichita, Kansas 67220-3956
(316) 613-2500
rburns@rpbconstructionlaw.com

**ATTORNEY FOR PLAINTIFF DYNAMIC NETWORKS, LLC**